# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Direct Dial: +1 212 878 3140
E-mail: anthony.candido@cliffordchance.com

April 13, 2018

*The China Fund, Inc. et al. v. City of London Investment Group PLC et al.*, 18 Civ. 2918

Your Honor:

On behalf of Plaintiffs The China Fund, Inc. and Joe O. Rogers ("Plaintiffs"), we write to follow up on our letter of April 10, 2018 (Doc. 18) and provide a further update to the Court. As indicated in our notice of appeal filed today (Doc. 21), Plaintiffs have decided to take an interlocutory appeal of the Court's order of April 9, 2018 insofar as it denied Plaintiffs' motion for a preliminary injunction. As stated previously, Plaintiffs do not oppose staying or extending Defendants' time to answer the Complaint pending the appeal.

Respectfully submitted,

Anthony M. Candido

cc:    Adrienne M. Ward, Olshan Frome Wolosky LLP
       Thomas J. Fleming, Olshan Frome Wolosky LLP